LEO BERGSMANN, Respondent, v. IRVING ENGEL, Defendant, and CLARENCE W. DEATS, Appellant.— Order reversed on the law, with ten dollars costs and disbursements, and motion of defendant Deats to set aside the order of publication

and to vacate service of the summons and complaint on him granted, with ten dollars costs, on the ground that said defendant was a non-resident, and substituted service of process on him was improper and invalid in this action. (*Pennoyer* v. *Neff*, 95 U. S. 714, 727.) Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ., concur.